

March 23, 2023

Hon. Molly C. Dwyer
Clerk of the Court
Ninth Circuit Court of Appeals
95 Seventh Street
San Francisco, CA 94103

    Re:   *Mark Baird et al. v. Rob Bonta,* **Court of Appeals Docket #: 23–15016.**

Dear Clerk Dwyer;

    I hope this email finds you well.

    My name is Rory J. Bellantoni. I am an attorney admitted to practice law in New York. I am admitted to practice law in the Southern, Eastern, Western, and Northern Districts of New York, the Second Circuit, and the Supreme Court. I am admitted to several district courts, *pro hac vice*. I am also admitted to the First, Fourth, Sixth, and Seventh Circuit Courts of Appeal.

    I am NOT admitted to practice law in California or the Ninth Circuit. I am admitted to the Central District of California in a single case. That said, this letter is not about me. To avoid confusion, I am not admitted to this Court.

    **But my wife—Amy L. Bellantoni—is admitted to the Ninth Circuit and is currently in the hospital.**

    Ms. Bellantoni represents the Plaintiffs in the matter of *Mark Baird et al. v. Rob Bonta,* **Court of Appeals Docket #: 23–15016.**

    The Plaintiffs' Reply Brief is due today in this matter.

    But my wife became severely ill yesterday and was admitted to the hospital. She is still in the hospital and has not been informed when she will be released, but her condition has not improved since she was admitted.

    I humbly request a two-week extension for her to submit her Reply. I would typically ask for only a week, but I do not know when she will be released from the hospital or when she will feel better.

    My wife has invested nearly four years in this matter and has flown from New York to California several times. Please do not let this random illness affect her efforts, her case, or her clients' case.

- 2 -

Thank you for your consideration.

Respectfully,

*Rory J. Bellantoni*

Rory J. Bellantoni

(RB2901-NY Fed. Bar. No.)

cc: All Counsel of record via ECF.