FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK BAIRD; RICHARD GALLARDO, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellee. | No. 23-15016 <br><br> D.C. No. 2:19-cv-00617-KJM-AC <br> Eastern District of California, Sacramento <br><br> ORDER |

The request for a two-week extension of time to file the reply brief (Dkt. 14) is GRANTED. The reply brief shall be filed with the Clerk's Office within two weeks of the filed date of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7