

**BELLANTONI**
LAW FIRM

June 23, 2023

<u>**VIA ECF**</u>

Hon. Molly C. Dwyer
Clerk of the Court
United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

  Re:  *Baird v. Bonta*
     23-15016

Dear Ms. Dwyer,

  I represent the Plaintiffs-Appellants, Mark Baird and Richard Gallardo, in the above-referenced matter, which is scheduled for oral argument on June 29, 2023.

  I write in response to the letter submitted to the Court by non-party Charles Nichols, the *pro se* plaintiff in *Nichols v. Newson*, Case No. 14-55873, which essentially attempts to intervene in the instant appeal.

  Mr. Nichols' own letter defeats his claims of relatedness, as he concedes that the scope of his complaint is vastly greater than those raised in the instant appeal, including challenging the ban on carrying a firearm within 1,000 of a school – a regulation not challenged by Appellants here.

  Appellants also raise a unique issue related to the application of the *Winters* doctrine to preliminary injunctions in the Second Amendment context, which is also an issue having no commonality with the *Nichols* case.

  Joining the *Nichols* matter in this appeal will greatly prejudice all parties, waste judicial resources, and confuse the clearcut issues to be considered by the Court in Appellants' case. Thank you for the Court's consideration in this matter.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc:  Lara Haddad (via ECF)

2 Overhill Road, Suite 400   info@bellantoni-law.com   (914) 367-0090 (t)
Scarsdale, New York 10583   www.bellantoni-law.com   (888) 763-9761 (f)