**FILED**

**SEP 29 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK BAIRD; RICHARD GALLARDO, | No. 23-15016 |
| Plaintiffs-Appellants, | D.C. No. 2:19-cv-00617-KJM-AC |
| v. | Eastern District of California, Sacramento |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | ORDER |
| Defendant-Appellee. | |

The mandate issued on September 29, 2023 is recalled as having issued prematurely in error.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT