| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 16 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARK BAIRD AND RICHARD GALLARDO,

        Plaintiffs-Appellants,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1–10,

        Defendants-Appellees.

No. 23-15016

D.C. No. 2:19-cv-00617-KJM-AC

ORDER

Before: N. Randy Smith, Kenneth K. Lee, and Lawrence VanDyke, Circuit Judges.

    The parties are directed to file supplemental briefs addressing whether this case should be reheard en banc. The parties shall file their briefs on or before 5:00 PM Pacific Standard Time November 7, 2023, and they shall not exceed 15 pages.