UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 07 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant - Appellee. | No. 23-15016 <br><br> D.C. No. 2:19-cv-00617-KJM-AC <br> U.S. District Court for Eastern California, Sacramento <br><br> **ORDER** |

The supplemental brief submitted on November 1, 2023 by Rob Bonta is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT