| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 15 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARK BAIRD AND RICHARD GALLARDO,

        Plaintiffs-Appellants,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1–10,

        Defendants-Appellees.

No. 23-15016

D.C. No. 2:19-cv-00617-KJM-AC

ORDER

Before: N. Randy Smith, Kenneth K. Lee, and Lawrence VanDyke, Circuit Judges.

    A judge of this court sua sponte called for a vote to determine whether this case should be reheard en banc, and the panel directed the parties to file simultaneous supplemental briefs setting forth their respective positions as to whether this case should be reheard en banc. Neither party requested that the case be heard en banc. The sua sponte call was subsequently withdrawn. Accordingly, the mandate shall issue in due course.